FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Rashejon Curry
_____
_____

(Enter above full name of plaintiff or plaintiffs)

CV421 160

v.

Sgt. Nevilles
_____
_____
_____

(Enter above full name of defendant or defendants)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____ No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiffs:  N/A
       Defendants: N/A

   2.  Court (if federal court, name the district; if state court, name the county):
       N/A

   3.  Docket number: _____

   4.  Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?): _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____
   _____

   Defendants: _____
   _____

2. Court (name the district): 

   _____
   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____
   _____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: Chatham county detention center (unit 3B #9)

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? I had wrote a grievance complaint letter to the sheriff & Jail administrator and i also wrote to unit 3 counselor Morgan & requested to speak with internal affairs

2. What was the result? I have not yet been responded to

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ✓   No ___

If yes, what was the result? __I have not yet been responded to__

D. If you did not utilize the prison grievance procedure, explain why not: ___

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: __Rashejon Curry   Din# P1010092__
   Address: __1074 Carl Griffin Drive__
   __Sav, Ga 31405__

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: __Sgt. Nevilles__
   Position: __Deputy Sheriff__
   Place of employment: __Chatham County Sheriff office & detention center__
   Current address: __1050 Carl Griffin Dr.__
   __Savannah Ga 31405__

C. Additional defendants: ___

4

IV.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On date of 4-23-21 between hours of 9:30 am & 10:30 am in unit 2D i was viciously attacked while fully shackeled (in physical restraints) at ankle & wrists. Witnesses to this event are the Unit 2D security camera (video & audio) recordings, & the following unit 2 security officers... Ramsey, Reid & Dickerson,..... Sgt. Nevilles turned his camera off on his body worn cam so he could knee me in my jaw twice & about 4 to 6 times in my spine, he also closed his fists and punched me in the right side of my rib cage. I declare that he did this out of some sadistic intention to hurt me & injure me & inflict fear in me, he did this while under oath to his badge as a chatham county deputy sheriff, he knew that i had constitutional rights & that his actions would violate my 4th, 8th & 14th amendment rights under the U.S. constitution but he still continued with his actions which caused me injury physically & mentally. I told Sgt. Nevilles that i was hurt & needed medical attention, he refused, then i told Lt. White i needed medical attention, along with Capt. Blanton, but when the nurse arrived, Sgt. Nevilles tells her to leave (nurse Owens) & not to treat me for any injuries. I fear for my health & safety this was deliberate indifference, reckless endangerment & a breach of my security & dangerous attacks like this will continue if this matter is not investigated & rectified. I request that this court provide me with the expert assistance of a attorney to prevent prejudice against me effectively collecting preserving & introducing the evidential exhibits of the security camera video & audio recording of this incident as well as witness statements and the body worn camera footage from Sgt. Nevilles body cam.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

- I request that Sgt. N. Nevilles be ordered to compensate me in U.S. funds in the amount of $333,000.00 for punitive damages
- I request a injunctive order be issued to the Chatham county detention center to allow me extended access (for 'pro se' detainee) to the law library / legal aid services here at the jail
- I request a injunctive order for no contact between myself & Sgt. Nevilles or Unit 2 at the jail for the remainder of my detainment
- I request that Sgt. Nevilles be ordered to pay/reimburse all docket, filing, and attorney/expert fees & fines that are billed & charged in this civil action

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of May, 2021.

Prisoner No. P1010092

(Signature of Plaintiff)



Rasheyan Brae Curry (Con# P102092)
1074 Carl Griffin Dr.
Sav, Ga 31405

JACKSONVILLE FL 320
19 MAY 2021 PM 2 L

Clerk of U.S District Ct.
P.O. Box 8286
Sav, Ga 31412

31412-028605



RECEIVED

U.S. Marshal's Service
Savannah, Georgia

Chatham County Sheriff's Complex
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.