UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RASHEJON CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-160 |
| | ) | |
| SGT. NEVILLES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Sgt. Nevilles' unopposed Motion to Depose a Confined Person in Jail. Doc. 18; *see* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within [fourteen days] shall indicate that there is no opposition to a motion."). Defendant seeks leave under Fed. R. Civ. P. 30(a)(2)(B) to depose incarcerated *pro se* Plaintiff Rashejon Curry. *Id.* at 1. For the following reasons, the unopposed motion is **GRANTED**. Doc. 18.

Courts are not generally required to approve parties' depositions. *See* Fed. R. Civ. P. 30(a)(1). One exception to that general rule is when the proposed deponent is confined in prison. Fed. R. Civ. P. 30(a)(2)(B). Despite requiring the Court's blessing, the rule requires that leave to

depose an incarcerated person be granted "to the extent consistent with Rule 26(b)(1) and (2)," Fed. R. Civ. P. 30(a)(2); that is, when the information sought is nonprivileged, relevant, proportional, and not unduly burdensome. Plaintiff has not opposed the motion and therefore does not indicate that Defendant seeks information inconsistent with Rule 26(b)(1) and (2). *See generally* docket. Accordingly, Defendant's unopposed motion is **GRANTED**. Doc. 18. Chatham County Detention Center shall make plaintiff, Rashejon Curry, available for deposition in the manner in which other depositions are generally held.

**SO ORDERED**, this 28th day of June, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA