UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RASHEJON CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV421-160 |
| | ) |
| SGT. NEVILLES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court directed *pro se* plaintiff Rashejon Curry to show cause why his case should not be dismissed for his failure to respond to defendant's Motion for Summary Judgment. Doc. 28. The deadline for him to respond to that Order has passed without any response. *See generally* docket. The Order has also been returned by the United States Post Office as undeliverable. Doc. 29. Curry has, therefore, failed to comply with the Court's Order and failed to prosecute this case.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v.*

*Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c). As the Court previously noted, failure to respond to a motion for summary judgment has been recognized as a failure to prosecute. *See Wedgeworth v. Corizon Health,* 2013 WL 4791619, at *1 (S.D. Ala. Sept. 6, 2013). Moreover, the return of the Court's show-cause Order indicates that Curry has failed to keep the Court apprised of his current address, in violation of the Local Rules. *See* S.D. Ga. L. Civ. R. 11.1. He has therefore failed to comply with multiple rules and orders, and has apparently abandoned his case.

Accordingly, Curry's Amended Complaint is **DISMISSED** for failing to obey a court order and failing to prosecute his case. Doc. 11.

Defendant's Motion for Summary Judgment is **DISMISSED** as moot. Doc. 20.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 3rd day of February, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA