AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RASHEJON CURRY, et al.,

    Plaintiffs,

v.

SGT. NEVILLES, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 421-160

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated February 3, 2023, Plaintiff's Amended Complaint is dismissed for failing to obey a court order and failing to prosecute his case. This case stands closed.

Approved by: *Christopher L. Ray*
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

February 3, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020